# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

NEAL ANDERSON, LARRY BRITT, DONNA )
COX, EARLINE DOUGLAS, BILLIE EVANS, )
BILLY GLIDEWELL, EARL HOUSTON, )
VERDIE KEITH, DENITA KEYS, WANDA )
KNOX and MARJORIE TRICE, )
        )
     Plaintiffs, )
        )

vs. )    Case No.: 3:07cv140 MPM-EMB
        )
        )    JURY TRIAL DEMAND
MERCK & CO., INC., )
        )
     Defendant. )

## ORDER GRANTING STAY PENDING TRANSFER DECISION
## BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the Court on the motion of Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from Vioxx®. The Court, having considered the motion and the entire record in the cause, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

This, the 4th day of December, 2007.

                                                                  /s/ Eugene M. Bogen
                                                               U. S. MAGISTRATE JUDGE